## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **THOMAS GAVERN** | ) | **Case Number: 3:10-cv-2214** |
|  | ) |  |
| **Plaintiff** | ) |  |
|  | ) |  |
| **vs.** | ) |  |
|  | ) |  |
| **CREDIT CONTROL, LLC** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |
|  | ) |  |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Thomas Gavern, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY:  /s/  Brent F. Vullings
  Brent F. Vullings, Esquire
  Attorney for Plaintiff
  Attorney I.D. #92344
  Warren & Vullings, LLP
  1603 Rhawn Street
  Philadelphia, PA  19111
  215-745-9800